WILLIAM H. BOOTH, Respondent, *v.* THE BOSTON AND ALBANY
RAILROAD COMPANY, Appellant.

(Argued October 2, 1876; decided November 14, 1876.)

THIS action was brought to recover damages for injuries
sustained by plaintiff, whilst an employe of defendant, by a
collision on its road.

The collision by which plaintiff was injured was the same
as that which killed Sipperly, a fireman, for whose death a
recovery was sustained (see *Flike* v. *B. and A. R. R. Co.*,
53 N. Y., 549), and Sprong, the brakeman, for whose death a
recovery was sustained in *Sprong* v. *Boston and Albany
Railroad Company* (58 N. Y., 56).

In this case the cause was submitted to the jury with
instructions to find for the plaintiff if, upon the evidence,
they should find the defendant guilty of negligence causing
or contributing to the injury in any one of these three par-
ticulars: First, in dispatching the train preceding that upon
which plaintiff was injured without the proper and sufficient
number of brakemen; second, in dispatching it with defective
or insufficient breaks; third, in sending the train upon which
plaintiff was engineer to follow too quickly the preceding
train. In respect to the last two alleged acts of negligence
the court was asked, but refused, to charge that there was no
evidence upon which the jury would be justified in finding
negligence. The verdict was general. *Held*, that the refusal
to charge as to the third act or ground of negligence was
error, as there was no evidence tending to prove that proper
care and caution and ordinary prudence was not exercised;
indeed, there was no evidence of the time that did actually
elapse between the departure of the two trains; and as it did
not appear upon what ground of negligence the jury found
against plaintiff, and there being no evidence upon one of
the points suggested, the error was one for which a new trial
must be granted.

*George W. Miller* for the appellant.

*Matthew Hale* for the respondent.

SICKELS—VOL. XXII. 75

ALLEN, J., reads for reversal and new trial.
All concur.
Judgment reversed.